## ORDER

Order Vacated, See 2008 WL 1930700.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**THOMAS & BETTS Power SOLUTIONS, L.L.C. (formerly known as Danaher Power Solutions, L.L.C.), Plaintiff–Appellee,**

v.

**POWER DISTRIBUTION, INC., Defendant–Appellant.**

No. 2008–1194.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

**ENERGIZER HOLDINGS, INC. and Eveready Battery Company, Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee.**

and

Golden Power Industries, Ltd., Guangdong Chaoan Zhenglong Enterprise Co., Ltd., Guangzhou Tiger Head Battery Group Co., Ltd., Fujian Nanping Nanfu Battery Co., Ltd., Hi–Watt Battery Industry Co., Ltd., Ningbo Baowang Battery Co., Ltd., Sichuan Changhong Electric Co., Ltd., and Zhongyin (Ningbo) Battery Co., Ltd., Intervenors.